IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GAIL GRINGEL,

        Plaintiff,

  v.

ELI LILLY AND COMPANY,

        Defendant

                                         /

No. C-06-0578 MMC

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

       Before the Court is the parties' Joint Case Management Conference Statement, electronically filed August 21, 2006,[1] by which the parties seek to vacate the September 8, 2006 case management conference or continue the conference by approximately 120 days. The parties seek vacatur or continuance because the Judicial Panel on Multidistrict Litigation has directed the Clerk of the Eastern District of New York to file an order transferring the instant action to that court for inclusion in MDL No. 1596, <u>In re Zyprexa Products Liability Litigation</u>.

       Accordingly, for good cause shown, the September 8, 2006 case management conference is hereby VACATED.

       **IT IS SO ORDERED.**

Dated: August 31, 2006

                                         MAXINE M. CHESNEY
                                         United States District Judge

---

    [1]The parties, in violation of General Order 45 and this Court's Standing Orders, have failed to provide a chambers copy of the joint statement. The Court, nonetheless, has considered the filing. The parties are hereby advised to comply with the above-referenced orders and provide a chambers copy of each document they electronically file.